Argued and submitted November 15, 2004, reversed and remanded
January 12, 2005

In the Matter of the Compensation of
Arthur G. Wahl, Claimant.

Arthur G. WAHL,
*Petitioner,*

*v.*

SAIF CORPORATION
and Thomas H. Ireland, Inc.,
*Respondents.*

02-02851; A122834

103 P3d 684

Juli Upton argued the cause and filed the brief for petitioner.

Jerome Patrick Larkin argued the cause and filed the brief for respondents.

Before Haselton, Presiding Judge, and Schuman and Ortega, Judges.

PER CURIAM

Reversed and remanded. *Vsetecka v. Safeway Stores, Inc.*, 337 Or 502, 98 P3d 1116 (2004).